COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-05-091-CR

2-05-092-CR

TIMOTHY WAYNE BAKER APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL 
DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Motion To Withdraw Appeal” in each case.  The motions comply with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received these motions, we grant the motions and dismiss these appeals. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: August 11, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.